SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRILL SEMENOVICH MOSTOV,<br><br>             Plaintiff,<br><br>   v.<br><br>CHRISTINA POULOS, Acting Director, Citizenship and Immigration Services, California Service Center; ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>             Defendants. | No. C 07-1775 EMC<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about March 28, 2007, and Defendants' response is due on June 8, 2007.

    2. Pursuant to this Court's March 28, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 5, 2007, and attend a case management conference on July 11, 2007.

Stipulation to Extend Dates
C07-1775 EMC                       1

3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | July 6, 2007 |
| Last day to file Joint ADR Certification | July 25, 2007 |
| Last day to file/serve Joint Case Management Statement: | August 8, 2007 |
| Case Management Conference: | August 15, 2007 at 1:30 p.m. |

Dated: June 8, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 11, 2007

/s/
HARRY G. LEWIS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 15, 2007

EDWARD
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Stipulation to Extend Dates
C07-1775 EMC                                    2