| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KIRILL SEMENOVICH MOSTOV,                )
                                          )   No. C 07-1775 EMC
            Plaintiff,                    )
                                          )
      v.                                  )
                                          )   **STIPULATION TO DISMISS; AND**
CHRISTINA POULOS, Acting Director,        )   **[P~~ROP~~OSED] ORDER**
Citizenship and Immigration Services,     )
California Service Center;                )
ALBERTO GONZALES, Attorney General        )
of the United States;                     )
MICHAEL CHERTOFF, Secretary,              )
Department of Homeland Security;          )
EMILIO T. GONZALEZ, Director, United      )
States Citizenship and Immigration Services; )
MICHAEL CHERTOFF, Secretary,              )
Department of Homeland Security;          )
ROBERT S. MUELLER, Director of the        )
Federal Bureau of Investigations,         )
                                          )
            Defendants.                   )
_____)

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

Stipulation to Dismiss
C07-1775 EMC                                    1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |

Date: June 21, 2007                                                     Respectfully submitted,

                                                                                    SCOTT N. SCHOOLS
                                                                                   United States Attorney

                                                                                              /s/
                                                                                 ILA C. DEISS
                                                                                  Assistant United States Attorney
                                                                                 Attorneys for Defendants

Date: June 25, 2007                                                              /s/
                                                                                   HARRY G. LEWIS
                                                                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 28, 2007

IT IS SO ORDERED

Judge Edward M. Chen

EDWARD M. CHEN
United States Magistrate Judge

Stipulation to Dismiss
C07-1775 EMC                                                     2